

**SIGNED THIS 30th day of May, 2025**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:  Henry E Burgess                                    CHAPTER  13
        Shirley E Burgess

                                                           CASE #    25-70487

O R D E R

The above-captioned matter is deficient in the following area(s):

☑ The petition was filed without the following required bankruptcy form(s). Official Forms specific for individuals or Official Forms for non-individuals (check appropriate form(s)).

- ☑ Schedule A/B (Form 106A/B or 206A/B)
- ☑ Schedule C (Form 106C)
- ☑ Schedule D (Form 106D or 206D)
- ☑ Schedule E/F (Form 106E/F or 206E/F)
- ☑ Schedule G (Form 106G or 206G)
- ☑ Schedule H (Form 106H or 206H)
- ☑ Schedule I (Form 106I)
- ☑ Schedule J (Form 106J)
- ☐ Schedule J-2 (Form 106J-2)
- ☑ A Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum or Form 206Sum)
- ☑ Declaration About an Individual Debtor's Schedules/Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 106Dec or 202)
- ☑ Statement of Financial Affairs (Form 107 or 207)
- ☑ Disclosure of Compensation of Attorneys for Debtors

☐ Page 9 of the petition (Form 101) has not been completed.

☑ The petition was filed without the Statement of Current Monthly Income (Form 122A-1 or 122C-1)

☑ The Chapter 13 petition was filed without a Chapter 13 Plan

☐ The petition was filed without a certification that the Debtor(s) has received an approved credit counseling briefing in the 180 day period ending on the date of filing of the petition or a certification of exigent circumstances.

☐ Debtor(s) did not receive a credit counseling briefing because of ☐ incapacity, ☐ disability, or ☐ on active duty in a military combat zone. Debtor(s) must file a motion for waiver of credit counseling with the court.

It is accordingly

O R D E R E D

that failure to cure said deficiency(ies) within fourteen (14) days from the date the petition was originally filed, or to file a pleading within such time requesting a hearing upon such asserted deficiency(ies), may result in dismissal of the case, or sanctions being imposed, or such other remedy as the Court deems appropriate, without further notice or hearing.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); trustee; and other parties as may be appropriate.

**END OF ORDER**

United States Bankruptcy Court

Western District of Virginia

| | |
|---|---|
| In re: | Case No. 25-70487-pmb |
| Henry E Burgess | Chapter 13 |
| Shirley E Burgess | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0423-7 | User: admin | Page 1 of 2 |
| Date Rcvd: May 30, 2025 | Form ID: pdf003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Henry E Burgess, Shirley E Burgess, 674 Lees Gap Road, Fincastle, VA 24090-3869 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2025        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan James Palmer | on behalf of Debtor Henry E Burgess jim@stephendunn-pllc.com michelle@stephendunn-pllc.com,stephen@stephendunn-pllc.com,kelly@stephendunn-pllc.com,jessica@stephendunn-pllc.com,sherry@stephendunn-pllc.com,dunnmr75679@notify.bestcase.com,amee@stephendunn-pllc.com |
| Bryan James Palmer | on behalf of Joint Debtor Shirley E Burgess jim@stephendunn-pllc.com michelle@stephendunn-pllc.com,stephen@stephendunn-pllc.com,kelly@stephendunn-pllc.com,jessica@stephendunn-pllc.com,sherry@stephendunn-pllc.com,dunnmr75679@notify.bestcase.com,amee@stephendunn-pllc.com |
| Christopher T. Micale (393585) | chapter13_trustee@ch13wdva.com tng@ch13wdva.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |