

**SIGNED THIS 10th day of June, 2025**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

IN RE:
**Henry E. Burgess**
SS # **XXX-XX-6586**                                                                CHAPTER 13
**Shirley E. Burgess**                                                              CASE NO. 25-70487
SS # **XXX-XX-8230**

        Debtor(s)

**ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE**
**(Direct Payment From Debtor)**

        The above-named debtor(s) filed a Chapter 13 petition on May 28, 2025**,** thereupon subjecting all wages and property of the debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

        Pursuant to 11 U.S.C. Section 1326(a)(1), it is

O R D E R E D:

        That Henry E. and Shirley E. Burgess, Debtor(s)**,** is hereby directed to pay unto the duly appointed Trustee, and with all payments made to, **_Christopher T. Micale, Trustee, P.O. Box 750, Memphis, TN 38101_,** commencing with the next pay period, the sum of **$6,825.00 monthly** beginning immediately**.**

If this order is directing payment herein to be made by the employer, such employer is directed to withhold said sum from the debtor's wages, after deducting such amount necessary to pay withholding and social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and forward to the Trustee. The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b). **_DEBTOR'S NAME AND CASE NUMBER MUST BE NOTED ON EACH PAYMENT._**

Copies of this order are directed to be mailed to the debtor(s), counsel for the debtor(s), the trustee, and to the debtor(s) employer, if to be wage deduction.

**END OF ORDER**

Prepared by:
<u>/s/ B. James Palmer, Esq.</u>
Attorney for the Debtor
Stephen E. Dunn, Esq., VSB No. 26355
Michelle J. Dunn, Esq., VSB No. 90687
Stephen E. Dunn, PLLC
201 Enterprise Dr., Suite A
Forest, Va. 24551
Phone: 434-385-4850
Email: stephen@stephendunn-pllc.com
        michelle@stephendunn-pllc.com