**SIGNED THIS 10th day of June, 2025**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:
**Henry E. Burgess**
SS # **XXX-XX-6586**                                                        CHAPTER 13
**Shirley E. Burgess**                                                      CASE NO. 25-70487
SS # **XXX-XX-8230**

        Debtor(s)

### ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE
### (Direct Payment From Debtor)

    The above-named debtor(s) filed a Chapter 13 petition on May 28, 2025**,** thereupon subjecting all wages and property of the debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

    Pursuant to 11 U.S.C. Section 1326(a)(1), it is

ORDERED:

    That **Henry E.** and **Shirley E. Burgess**, Debtor(s)**,** is hereby directed to pay unto the duly appointed Trustee, and with all payments made to, **_Christopher T. Micale, Trustee, P.O. Box 750, Memphis, TN 38101_**, commencing with the next pay period, the sum of **$6,825.00 monthly** beginning immediately**.**

If this order is directing payment herein to be made by the employer, such employer is directed to withhold said sum from the debtor's wages, after deducting such amount necessary to pay withholding and social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and forward to the Trustee. The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b). **_DEBTOR'S NAME AND CASE NUMBER MUST BE NOTED ON EACH PAYMENT._**

Copies of this order are directed to be mailed to the debtor(s), counsel for the debtor(s), the trustee, and to the debtor(s) employer, if to be wage deduction.

**END OF ORDER**

Prepared by:
/s/ B. James Palmer, Esq.
Attorney for the Debtor
Stephen E. Dunn, Esq., VSB No. 26355
Michelle J. Dunn, Esq., VSB No. 90687
Stephen E. Dunn, PLLC
201 Enterprise Dr., Suite A
Forest, Va. 24551
Phone: 434-385-4850
Email: stephen@stephendunn-pllc.com
          michelle@stephendunn-pllc.com

United States Bankruptcy Court

Western District of Virginia

| | |
|---|---|
| In re: | Case No. 25-70487-pmb |
| Henry E Burgess | Chapter 13 |
| Shirley E Burgess | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0423-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 10, 2025 | Form ID: pdf003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Henry E Burgess, Shirley E Burgess, 674 Lees Gap Road, Fincastle, VA 24090-3869 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan James Palmer | on behalf of Debtor Henry E Burgess jim@stephendunn-pllc.com michelle@stephendunn-pllc.com,stephen@stephendunn-pllc.com,kelly@stephendunn-pllc.com,jessica@stephendunn-pllc.com,sherry@stephendunn-pllc.com,dunnmr75679@notify.bestcase.com,amee@stephendunn-pllc.com |
| Bryan James Palmer | on behalf of Joint Debtor Shirley E Burgess jim@stephendunn-pllc.com michelle@stephendunn-pllc.com,stephen@stephendunn-pllc.com,kelly@stephendunn-pllc.com,jessica@stephendunn-pllc.com,sherry@stephendunn-pllc.com,dunnmr75679@notify.bestcase.com,amee@stephendunn-pllc.com |
| Christine Maggard | on behalf of Creditor Andrews Credit Union christine.maggard@brockandscott.com  wbecf@brockandscott.com |
| Christopher T. Micale (393585) | chapter13_trustee@ch13wdva.com  tng@ch13wdva.com |
| USTrustee | |

District/off: 0423-7        User: admin        Page 2 of 2

Date Rcvd: Jun 10, 2025        Form ID: pdf003        Total Noticed: 1

USTPRegion04.RN.ECF@usdoj.gov

TOTAL: 5